UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RETIREMENT COMMITTEE, PLAN ADMINISTRATOR OF EXECUTIVE RETIREMENT PLAN OF THERMAL CERAMICS LATIN AMERICA; RETIREMENT COMMITTEE, PLAN ADMINISTRATOR OF MORGAN US EMPLOYEES' RETIREMENT PLAN; and THERMAL CERAMICS INC., <br><br> Plaintiffs, <br><br> v. <br><br> JANOS MAGASREVY, <br><br> Defendant. | **JUDGMENT** <br> No. 5:14-CV-408-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss for lack of personal jurisdiction and on the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 26, 2015, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. This action is dismissed for lack of personal jurisdiction. The plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 26, 2015, and Copies To:**

Craig B. Wheaton (via CM/ECF Notice of Electronic Filing)
Kelli Ann Ovies (via CM.ECF Notice of Electronic Filing)
Michael W. Mitchell (via CM.ECF Notice of Electronic Filing)
Jamala S. McFadden (via CM.ECF Notice of Electronic Filing)
Jonathan Andrew Fine (via CM.ECF Notice of Electronic Filing)
Michael G. Monnolly (via CM.ECF Notice of Electronic Filing)

August 26, 2015

JULIE RICHARDS JOHNSTON, CLERK
  /s/ Susan W. Tripp
(By) Susan W. Tripp, Deputy Clerk